# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148131(96)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

EDWARD DEON FOSTER,
        Defendant-Appellant.
_____/

SC: 148131
COA: 301361
Van Buren CC: 10-017033-FC

On order of the Chief Justice, the motion of defendant-appellant to file a supplemental application for leave to appeal *in propria persona* is GRANTED. The supplemental application submitted on November 27, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2013



Clerk